UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00677-FDW-DCK

| | |
|---|---|
| LATRICE SLADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| CHARTER COMMUNICATIONS and ) | |
| DARREN HOPE, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court following the issuance of the Order to Show Cause (Doc. No. 3) directing plaintiff to show cause why this matter should not be dismissed for failure to prosecute. In that Order, the Court cautioned Plaintiff this matter would be dismissed if she failed to file a sufficient response by Defendant 18, 2020. Plaintiff has neither responded nor requested additional time to respond, and the time for doing so has long expired.

IT IS THEREFORE ORDERED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Signed: January 26, 2021

Frank D. Whitney
United States District Judge